**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Greenwich Investment Management Incorporated,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Aegis Capital Corporation, et al.,<br><br>　　　　　Defendants. | No. CV-22-00129-PHX-MTL<br><br>**ORDER** |

　　　　Before the Court is Plaintiff Greenwich Investment Management, Inc.'s Motion to Withdraw as Counsel (Doc. 121). Therein, Attorneys Valeri S. Pappas, Michael Murray, and Jennifer A Tiedeken of the law firm of Davis & Ceriani, P.C. and Michael and Matthew LaVelle of the law firm LaVelle & LaVelle, PLC (collectively, "Counsel") request leave to withdraw as counsel for Plaintiff. (*Id.* at 1-2.) They ask that the Court provide 60 days to Plaintiff to secure new lawyers. Defendants do not object to the Motion. (Doc. 122.)

　　　　Granting the Motion could leave Plaintiff unrepresented if, after 60 days, new counsel is not retained. Because Plaintiff is a corporation, it cannot represent itself while it awaits new counsel. *Reading Intern., Inc. v. Malulani Grp., Ltd.*, 814 F.3d 1046, 1053 (9th Cir. 2016) ("A corporation must be represented by counsel.") The Court will not place Plaintiff in such a position. If Counsel wishes to withdraw, it must first secure substitute counsel. Thus, the Court will deny Plaintiff's Motion without prejudice while Counsel attempts to do so. During that period, however, Counsel remains responsible for Plaintiff's

representation in this matter. To that end, the Court will continue to enforce deadlines.

Accordingly,

**IT IS ORDERED denying** Plaintiff's Motion (Doc. 121) without prejudice.

Dated this 26th day of October, 2023.

Michael T. Liburdi
United States District Judge

- 2 -