# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Greenwich Investment Management Incorporated,<br><br>Plaintiff,<br><br>v.<br><br>Aegis Capital Corporation, et al.,<br><br>Defendants. | NO. CV-22-00129-PHX-JJT<br><br>JUDGMENT IN A CIVIL CASE |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed March 18, 2024, judgment is entered in favor of defendants and against plaintiff. Plaintiff to take nothing, and the complaint and action are dismissed.

    Debra D. Lucas
District Court Executive/Clerk of Court

March 18, 2024

By    s/ K. Gray
      Deputy Clerk